IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ISMAEL REYES-RIVAS<br><br>Defendant. | **INDICTMENT**<br><br>CRIMINAL NO. 15-569 (JAG)<br><br>VIOLATIONS:<br>18 U.S.C. § 113(a)(3)<br><br>ONE COUNT |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Assault with a Dangerous Weapon**
(Title 18, United States Code, Section 113(a)(3))

On or about September 4, 2013, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**ISMAEL REYES-RIVAS,**

at a place within the territorial jurisdiction of the United States, namely the Metropolitan Detention Center in Guaynabo, Puerto Rico, land acquired for the use of the United States and under its exclusive jurisdiction, did assault C.T.C., with a dangerous weapon, namely a shank, with intent to do bodily harm.   All in violation of Title 18, United States Code, Section 113(a)(3).

TRUE BILL

_____
FOREPERSON
Date: Sep 10, 2015

**ROSA EMILIA RODRÍGUEZ-VÉLEZ**
United States Attorney

_____
José A. Ruiz-Santiago
Assistant United States Attorney
Chief, Criminal Division

_____
Jenifer Y. Hernandez-Vega
Assistant United States Attorney
Chief, Violent Crimes Unit

_____
Alexander L. Alum
Assistant United States Attorney
Violent Crimes Unit